**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-6826

GARRY SANDERS,

Petitioner - Appellant,

v.

STATE OF NORTH CAROLINA; JOSEPH LUZZI, Attorney,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:14-hc-02089-D)

Submitted:  May 27, 2021                    Decided:  June 8, 2021

Before GREGORY, Chief Judge, KING, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Garry Sanders, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Garry Sanders appeals the district court's order denying his motion to reopen. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sanders v. North Carolina*, No. 5:14-hc-02089-D (E.D.N.C. May 28, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*